In the Matter of the Petition of CURTIS ROBERTSON and CHARLES C. STEINER to Render and Settle Their Account as Executors, etc., of HENRIETTA M. VAN BRUNT, Deceased, and for the Allowance of Attorney's Fees. MILDRED M. WITT-

MER, as Administratrix, etc., of MARGARET T. WHEARTY, Deceased, and EVA J. DECEVEE, Legatees, Appellants; CURTIS ROBERTSON and CHARLES C. STEINER, Executors, etc., of HENRIETTA M. VAN BRUNT, Deceased, INDUSTRIAL HOME FOR THE BLIND, CHILDREN'S HOME OF THE LONG ISLAND BAPTIST ASSOCIATION, AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, THE AMERICAN HUMANE ASSOCIATION, BIDE-A-WEE HOME ASSOCIATION, FANNIE STOCKTON and CHARLES STOCKTON, Legatees, Respondents.— Decree of the Surrogate's Court of Kings county settling account of the executors and construing the will of the testatrix, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.